ORDERED.

Dated:  March 12, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.:   6:15-bk-02498-KSJ |
| | Chapter 7 |
| WADE MARTIN ROME and | |
| KATHLEEN MALONEY ROME, | |
| | |
| Debtors. | |
| _____/ | |
| | |
| CARLA P. MUSSELMAN, CHAPTER 7 | Adv. Proc. No.: 6:17-ap-00039-KSJ |
| TRUSTEE FOR THE ESTATE OF | |
| WADE MARTIN ROME and | |
| KATHLEEN MALONEY ROME, | |
| | |
| Plaintiff, | |
| vs. | |
| | |
| DANIEL LAMBERT, | |
| | |
| Defendant. | |
| _____/ | |

**ORDER PARTIALLY GRANTING OBJECTION TO PLAINTIFF'S
NOTICE OF INTENT TO SERVE SUBPOENA TO PROVIDENCE BANK**

THIS CASE came on for hearing on March 7, 2018, upon the *Objection to Plaintiff's Notice of Intent to Serve Subpoena to Providence Bank for the Production of Documents and Information* (the "Objection") (Doc. No. 22), filed by Defendant.  After reviewing the pleadings and considering the position of the parties, it is

**ORDERED:**

1. The Objection is partially granted.

2. Documents responsive to the Plaintiff's subpoena shall be delivered to Defendant's counsel, Greenspoon Marder LLP, who may redact or withhold the production of any personal financial information of Defendant and Del Real Estate, LLC (including tax returns, credit application(s) and personal financial statements) unrelated to any of the issues raised in this adversary proceeding, and who shall Bates label the documents received, unless previously Bates labeled by Providence Bank.

3. Any documents redacted or excluded by Defendant from production to Plaintiff on the basis of privilege shall be described in accordance with Rule 26(b)(5) F.R.Civ.P., made applicable by Rule 7026 F.R.Bank.P.

Richard B. Weinman is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.